

ACCEPTED
04-15-00469-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/6/2015 11:44:22 AM
KEITH HOTTLE
CLERK

**Ricardo G. Cedillo**

OFFICE:           210-822-6666
CELL              210-262-3066
FAX.              210-822-1151
EMAIL:   rcedillo@lawdcm.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/6/2015 11:44:22 AM
KEITH E. HOTTLE
Clerk

October 6, 2015

<u>VIA FILE TIME</u>
Clerk, Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:     No. 14-15-00469-CV, *Cash Biz, LP, et al , Appellants v. Hiawatha Henry, et al,
        Appellees,* In the Fourth Court of Appeals, Bexar County, Texas
        Our File No. 18293.0001

Dear Counsel:

Texas Appleseed filed an Amicus Brief on October 5, 2015 and inadvertently declined oral argument when it intended to request oral argument as indicated on the front of its brief.

Thank you for your attention to this matter.

Very truly yours,

**DAVIS, CEDILLO & MENDOZA, INC.**

Ricardo G. Cedillo

T:\18000 - 18999\18200-18299\18293.0001 Texas Appleseed\Correspondance\Ltr to Court of Appeals.doc